# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Deborah Trigg-Capers, | ) Bankruptcy No. 12 B 21394 |
| | ) |
| Debtor(s) | ) |
| | ) |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO: See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David P Leibowitz, Esq., is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Deborah Trigg-Capers
Bankruptcy No. 12 B 21394

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Deborah Smith
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**David P Leibowitz**
dleibowitz@lakelaw.com

*Debtor's Attorney*

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*
**Deborah Trigg-Capers**
914 E 167th Street
South Holland, IL 60473